UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRUNO CREVELIN SOARES,

Petitioner,

v.

DAVID WESLING, et al.,

Respondents.

CIVIL ACTION NO.
26-CV-14002-WGY

YOUNG, D.J. September 11, 2026

**ORDER**

The Court has reviewed the petition filed by Petitioner Bruno Crevelin Soares ("Petitioner") for habeas corpus relief under 28 U.S.C. § 2241 ("the Petition"), ECF No. 1, as well as the Respondents' response to the Petition ("Response"), ECF No. 6.

District courts retain jurisdiction to hear noncitizens' challenges to the legality of their immigration detention. Kong v. United States, 62 F.4th 608, 614 (1st Cir. 2023). Since Louis challenges his continued detention, this Court has jurisdiction over his petition.

This Court agrees with Petitioner that his custody is governed by 8 U.S.C. § 1226(a) which, as due process requires, entitles him to a bond hearing before an immigration judge. Further, Respondents concede that "Petitioner is eligible for a

bond hearing under 8 U.S.C. § 1226(a)" and "do not object to the Court ordering a bond hearing." ECF No. 6 at 1.

The Court hereby ALLOWS the Petition insofar as it seeks a bond hearing/individualized custody redetermination before an immigration judge, at which the government bears the burden of proving Corado poses a danger to the community or flight risk, see Hernandez-Lara v. Lyons, 10 F.4th 19, 41 (1st Cir. 2021), and ORDERS this hearing be held within seven (7) days of the date of this Order. The Court further ORDERS Respondents to file a status report -- stating whether Petitioner has been granted bond and, if his request for bond is denied, the reasons for the denial -- within ten (10) days of this Order.

**SO ORDERED.**

William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE